USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

HAROLD KLEIMAN, Individually and On
Behalf of All Others Similarly Situated,

                     Plaintiff,

    vs.

RHI ENTERTAINMENT, INC., et al.,

                 Defendants.

——————————————————————— :x

:  Civil Action No. 09-cv-8634

:  CLASS ACTION

:  [PROPOSED] ORDER APPOINTING LEAD
:  PLAINTIFF AND APPROVING
:  SELECTION OF LEAD COUNSEL

Having considered the Motion of the United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan ("UFCW") for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") as Lead Counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.    The Motion is GRANTED;

2.    The Court appoints UFCW as Lead Plaintiff; and

3.    The law firm of Coughlin Stoia is hereby appointed Lead Counsel.


\*        \*        \*

**ORDER**

IT IS SO ORDERED

DATED: ___1/11/2010___

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE