UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD KLEIMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>RHI ENTERTAINMENT, INC., ROBERT A. HALMI, JR., and WILLIAM J. ALIBER,<br><br>    Defendants. | Civil Action No. 1:09-cv-08634 (AKH) |

**DECLARATION OF JEFF G. HAMMEL
IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Jeff G. Hammel, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

1. I am a member of Latham & Watkins LLP, 885 Third Avenue, New York, New York, 10022, (212) 906-1200, attorney of record for Defendants RHI Entertainment, Inc. ("RHI"), Robert A. Halmi, Jr. and William J. Aliber in the above-captioned matter.

2. As a member of good standing in this Court and in the Bar of the State of New York, I respectfully submit this declaration in connection with the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, which is submitted concurrently herewith.

3. Attached hereto are true and correct copies of the following documents:

    Exhibit A: Excerpt of RHI Registration Statement (Form S-1) (filed Jun. 13, 2008);

Exhibit B: Testimony of Alan Greenspan before the House Committee on Oversight and Government Reform (Oct. 23, 2008), available at http://oversight.house.gov/images/stories/documents/20081023100438.pdf.;

Exhibit C: RHI Press Release (Form 8-K) (dated Aug. 7, 2008);

Exhibit D: RHI Quarterly Report (Form 10-Q) (filed Nov. 6, 2008 for the period ending Sep. 30, 2008);

Exhibit E: Excerpt of RHI Annual Report (Form 10-K) (filed Mar. 5, 2009 for the period ending Dec. 31, 2008);

Exhibit F: Frank Ahrens, *Gone in 30 Seconds: Traditional TV Spot May Be Headed Towards Extinction As More Advertisers Pitch Their Messages on the Web*, The Wash. Post, June 16, 2007;

Exhibit G: Brian Steinberg, *Advertising: TV Networks Gear Up for Telling 'Upfront' Talks*, The Wall St. J., Mar. 15, 2006;

Exhibit H: Tenille Bonoguore, *Are You Getting The Message?*, The Globe and Mail, Oct. 12, 2006.

Dated: May 3, 2010
     New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

By:   /s/  Jeff G. Hammel
      Jeff G. Hammel

885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864