UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

HAROLD KLEIMAN, individually and on behalf
of all others similarly situated,

                        Plaintiff,

-against-

RHI ENTERTAINMENT, INC., et al.,

                        Defendants.

------------------------------------------------------------- x

**ORDER SCHEDULING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

09 Civ. 8634 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Whereas, on June 2, 2011, lead plaintiff United Food & Commercial Workers Union Local 655 filed an unopposed motion, pursuant to Rules 23(a), (b)(3), and (e) of the Federal Rules of Civil Procedure, seeking the entry of a court order (1) granting preliminary approval of the settlement reached by the parties to this litigation; (2) approving the proposed form and methods of giving notice of the proposed settlement to class members; (3) preliminarily certifying, solely for purposes of the settlement, the class on whose behalf this lawsuit was filed; and (4) setting a hearing date for final approval of the proposed settlement,

        I hereby order the parties to appear before me on July 20, 2011, at 2:30 p.m., for a hearing on the unopposed motion for preliminary approval of the proposed settlement.

SO ORDERED.

Dated: June __, 2011
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

1