UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD KLEIMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RHI ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Civil Action No. 1:09-cv-08634-AKH<br><br><u>CLASS ACTION</u><br><br>REQUEST TO DISTRIBUTE RESIDUAL SETTLEMENT FUNDS |

Lead Counsel in the above-captioned action, in accordance with the Stipulation and Agreement of Settlement dated March 8, 2011 (the "Stipulation") entered into between the parties, respectfully requests permission to distribute $1,870.61 in unclaimed settlement fund proceeds to the New York Bar Foundation.

On November 28, 2011, the Court entered the Final Judgment and Order (the "Judgment") in the above-referenced litigation (Dkt. No. 49). The Judgment, among other things, authorized and directed implementation of the terms and provisions of the Stipulation. *See* Dkt. No. 49, ¶5. The Judgment also reserved the Court's jurisdiction for, among other things, disposition of the Settlement Fund. *See* Dkt. No. 49, ¶11(b).

Pursuant to the terms of the Stipulation, on March 8, 2013, the Net Settlement Fund was distributed to Authorized Claimants. Following that distribution, payment of all notice and administration costs and expenses, and a $2,500 reserve for tax compliance fees for 2013, the Net Settlement Fund has a residual balance of $1,870.61. It is not economically feasible to redistribute this amount to the more than 490 Authorized Claimants who received and cashed their initial distribution checks. Therefore, pursuant to §II.D.6 of the Stipulation, Lead Counsel requests permission to distribute this *de minimus* amount to the New York Bar Foundation.[1] A proposed order permitting such distribution is submitted herewith.

[1] The Stipulation provides, in relevant part, "If after six (6) months after such re-distribution any funds remain in the Escrow Account, Lead Counsel shall make an application to the Court to distribute the sum of the unpaid residue to a non-sectarian, not-for-profit, section 501(c)(3) organization." Stipulation, §II.D.6.

DATED: February 4, 2014

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
ELLEN GUSIKOFF STEWART

s/ Ellen Gusikoff Stewart

ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2014.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 1:09-cv-08634-AKH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Erin Whitney Boardman**
  eboardman@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **James Ellis Brandt**
  james.brandt@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com
- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com
- **Jack Gerald Fruchter**
  jfruchter@aftlaw.com
- **Jeff G. Hammel**
  jeff.hammel@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com
- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ellen Gusikoff**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101